# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Muhammad Al-Mujahidin,<br>*Plaintiff*<br>v.<br>Warden M. Stefan, Brian Stirling,<br>*Defendant* | Civil Action No. 9:20-cv-01001-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Defendants. Plaintiff, Muhammad Al-Mujahidin,, shall take nothing of Defendants, Warden M. Stefan, Brian Stirling, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed in its entirety.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date: June 17, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/H.Cornwell

*Signature of Clerk or Deputy Clerk*